UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                    )
MASSACHUSETTS MANUFACTURING                 )
EXTENSION PARTNERSHIP, *et al.*,                      )
                                                                    )
                    Plaintiffs,                                )
                                                                    )
          v.                                                       )          Civil Action No. 09-0788 (PLF)
                                                                    )
GARY LOCKE, Secretary,                                )
United States Department of Commerce,             )
                                                                    )
                    Defendant.                               )
_____)

ORDER AND JUDGMENT

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that [7] defendant's motion to dismiss is DENIED as moot; it is

FURTHER ORDERED that [16] plaintiffs' motion for summary judgment is

DENIED; it is

FURTHER ORDERED that [34] defendant's cross-motion for summary judgment

is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that Count II of plaintiffs' amended complaint is

DISMISSED; and it is

FURTHER ORDERED that JUDGMENT for the defendant shall be entered as to the remaining counts of plaintiffs' amended complaint.  The Clerk shall remove this case from the docket of this Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:   July 7, 2010